# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman  
Probation Officer: Jeanette Woll  

Date: January 25, 2012

Criminal Action No. 09-cr-00526-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,                Suneeta Hazra

    Plaintiff,

v.

MARK DOUGLAS REILLY,                       Nathan Chambers

    Defendant.

---

# SENTENCING MINUTES
---

**2:09 p.m.     Court in session**.

Defendant present on bond.

**Change of Plea Hearing on March 8, 2011.  Defendant pled guilty to Count 5 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure.  **(Doc. #221)** Argument.  The Defendant has no objection.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #194)** Argument.

Allocution. - Statements made by: The defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**　　The Government's Motion for Downward Departure **(Doc. #221)** is **GRANTED.**

**ORDER:**　　Defendant's Motion for Non- Guideline Sentence **(Doc. #194)** is **GRANTED in part and DENIED in part.**

**ORDER:**　　**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**　　Defendant shall surrender to the facility designated by the United States Bureau of Prisons within 15 days of designation before noon as notified by the Court and the probation office.

**ORDER:**　　Bond will be discharged at the time defendant reports to the facility designated by the Bureau of Prisons.

**3:31 p.m.**　　**Court in recess.**

Total Time:　1 hour 22 minutes.
Hearing concluded.